# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. REBECCA ROSE EAGLEMAN, Defendant. | CR 06-32-GF-BMM **ORDER** |

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered his findings and recommendations on June 26, 2014. Defendant admitted that she had violated the conditions of her supervised release by changing her place of residence without notifying her probation officer, by failing to report for substance abuse testing, and by failing to appear for a mental health appointment. Judge Strong found the admissions sufficient to establish the supervised release violations. He recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of imprisonment of 15 months, with no supervised release to follow.

No objections were filed by either party. Judge Strong's findings and

recommendations are therefore reviewed for clear error.  *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings.  Defendant admitted that she violated Standard Condition 6, and Special Conditions 1 and 3.  Defendant could be incarcerated for up to 24 months.  The United States Sentencing Guidelines call for a term of imprisonment of 3 to 9 months.  A sentence of 15 months in custody with no supervised release to follow is appropriate.  This is Defendant's third supervised release revocation.  She has demonstrated a persistent disrespect for the conditions of release set by the Court.  The previous and current supervised release violations prove that supervised release is not effective.

IT IS ORDERED that Judge Strong's Findings and Recommendations (Doc. 105) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 14th day of July, 2014.

Brian Morris
United States District Court Judge